# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 21, 2006

*Before*

**Hon.** JOEL M. FLAUM, *Circuit Judge*

| | |
|---|---|
| ENVIRONMENTAL LAW AND POLICY CENTER OF THE MIDWEST, BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE, NUCLEAR ENERGY INFORMATION SERVICE, et al., <br>       Petitioners, <br><br> No. 06-1442          v. <br><br> UNITED STATES NUCLEAR REGULATORY COMMISSION and UNITED STATES OF AMERICA, <br>       Respondents, <br>   and, <br><br> EXELON GENERATION COMPANY, LLC, <br>       Intervening Respondent. | Petition for Review of an Order of the Nuclear Regulatory Commission <br><br> No. 05-29 |

Upon consideration of the **RESPONDENT'S MOTION TO CORRECT OPINION**, filed on December 18, 2006, by counsel for respondent United States Nuclear Regulatory Commission,

**IT IS ORDERED** that the motion is **GRANTED**. The December 5, 2006, opinion is **AMENDED** as follows:

On page 4, the fourth sentence of the first full paragraph, the word "waste" will replace the word "water" to read "burning wood waste" and "burning municipal solid waste." Also, on page 9 of the slip opinion, the acronym "EIP" is changed to "EIS."